FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 DEC 13 P 2: 28

| | |
|---|---|
| SEAN O. LEES, | Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida |
| Plaintiff, | |
| v. | Case No. 16-06-CA-8523 |
| DYNAMIC EDUCATIONAL SYSTEMS, INC., | (Removed) |
| Defendant. | Federal Civil Action No. 3:06-cv-1106-J-33mmH |

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW Defendant, Dynamic Educational Systems, Inc. (hereinafter "Defendant" or "DESI"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1332 and 1446, and hereby removes Plaintiff's Complaint in the above-captioned action from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida to the United States District Court for the Middle District of Florida, on the following grounds:

### Filing of Complaint and Receipt by Defendant

1. On or about December 4, 2006, the Plaintiff Sean O. Lees (hereinafter "Plaintiff") commenced this action by filing his Complaint ("Complaint") in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Cause No. 16-06-CA-8523. Defendant received a copy of the Complaint by process service on December 4, 2006. Copies of the Summons and Complaint are attached hereto as Exhibits "A" and "B," respectively. Said Exhibits "A" and "B" are the only pleadings filed to date in this action.

2. Thirty (30) days have not passed since Defendant first received any copy of the initial pleading setting forth the claim for relief.

1

3. The Complaint seeks general and compensatory damages for alleged sexual harassment and retaliation under Chapter 760, Florida statutes, and under Title VII, 42 U.S.C. § 2000e et seq. ("Title VII").

### Federal Question Jurisdiction

4. Counts III and IV of Plaintiff's Complaint arise under the laws of the United States, specifically Title VII, as set forth above.

5. Accordingly, there is federal question jurisdiction within the meaning of 28 U.S.C. § 1331, and this action is removable under 28 U.S.C. § 1441 as one of which the District Court has original jurisdiction.

6. This Court may exercise supplemental jurisdiction over Counts I and II of Plaintiff's complaint, which assert claims under Florida law, pursuant to 28 U.S.C. § 1367.

### Diversity Jurisdiction

7. Plaintiff's Complaint recites at paragraph 2, and Defendant is informed and believes, that Plaintiff is a resident and citizen of Florida. As the Complaint recognizes at paragraph 3, and the attached Declaration of Robert Swank also states, DESI is a foreign corporation, specifically organized under the laws of the State of Arizona with its principal place of business in Arizona. See Declaration of Robert Swank attached as Exhibit "C." Plaintiff and Defendant are thus citizens of different states.

8. The Complaint seeks compensatory damages "in excess of $15,000.00." Although the Complaint does not state the precise amount requested in damages, it is apparent from the following facts that the amount in controversy in this action exceeds $75,000. Nothing contained in this paragraph or this Notice of Removal shall be construed to concede that any amount is or will be

owing to Plaintiff, or that it is appropriate or justified for Plaintiff to seek any particular amount of damages.

9. Plaintiff's rate of pay at the time of termination was about $80,000 per year and Plaintiff was terminated on December 28, 2005. See Exhibit "C." Plaintiff is thus seeking damages from a separation of employment that occurred almost one year ago. By the time this matter goes to trial, and subject to mitigation, Plaintiff will likely seek at least two or more years' of back pay and an unknown amount of front pay. The total of damages that Plaintiff is likely to claim is thus in excess of $75,000 for these reasons, and the amount in controversy therefore exceeds $75,000.

10. There is thus diversity of citizenship within the meaning of 28 U.S.C. § 1332, and this action is removable under 28 U.S.C. § 1441 as one of which the District Court has original jurisdiction founded on diversity of citizenship.

11. All process, pleadings and orders that have been served in this case are attached to this Notice of Removal as required by 28 U.S.C. § 1446(a).

12. In accordance with 28 U.S.C. § 1446(d), the undersigned certify that they have simultaneously filed a copy of the foregoing Notice of Removal with the Clerk of the Circuit Court in and for Duval County, Florida.

DATED this 18th day of December, 2006.

        Respectfully submitted,

        CONSTANGY, BROOKS & SMITH, LLC
        Post Office Box 41099
        Jacksonville, Florida 32203
        Telephone: (904) 356-8900
        Facsimile: (904) 356-8200

BY: _____
        John F. Dickinson, Esq.
        Florida Bar No.: 198651
        Melanie S. Lastrapes, Esq.
        Florida Bar No.: 0014482

        Attorneys for Defendant,
        Dynamic Educational Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant's Notice of Removal has been served this 18th day of December, 2006, via first class United States mail upon the following:

        Kenneth B. Wright, Esquire
        Bledsoe Jacobson Schmidt Wright et al.
        1301 Riverplace Blvd., Suite 1818
        Jacksonville, Florida 32207

_____
        Attorney

Exhibit A



IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 2006
DIVISION: DIVISION CV-A

06-CA-006523 -XXX-

SEAN O. LEES

    Plaintiff,

vs.

DYNAMIC EDUCATIONAL SYSTEMS, INC.

    Defendants.

DATE: 12-4-06
HOUR: 1110
DEPUTY SHERIFF
JM 10854

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant DYNAMIC EDUCATIONAL SYSTEMS, INC., a domestic corporation, through its registered agent, CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.

    Each defendant is required to serve written defenses to the complaint or petition on KENNETH B. WRIGHT, Esquire, Plaintiff's attorney, whose address is: Bledsoe Jacobson Schmidt Wright Wilkinson & Lang, 1301 Riverplace Boulevard, Suite 1818, Jacksonville, Florida 32207, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default be entered against that defendant for the relief demanded in the complaint or petition.

    **DATED** on November 20, 2006.



JIM FULLER
Clerk of Court
Duval County, Florida

By: P. MITCHELL
    As Deputy Clerk

Exhibit B

(Complaint - entered separately)

Exhibit C

## DECLARATION OF ROBERT SWANK

I, ROBERT SWANK, the undersigned, declare as follows.

1. I am the Chief Financial Officer of Dynamic Educational Systems, Inc. ("DESI"), and I make this declaration on personal knowledge.

2. DESI is a corporation organized under the laws of the State of Arizona with its principal place of business in Arizona.

3. I have reviewed the employment records of plaintiff Sean Lees, which are business records made at or near the time by, or from information transmitted by, a person with knowledge, and kept in the regular course of business of DESI as part of a regular practice to do so. Those records reflect that plaintiff's annual rate of pay at the time he separated from DESI employment on December 28, 2005, was about $80,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December, 2006, in Phoenix, Arizona.

_____
ROBERT SWANK