*AO 450 (Rev. 5/85) Judgment in a Civil Case*

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

*JUDGMENT IN A CIVIL CASE*

SEAN O. LEES,

        Plaintiff,

VS.                                                                      CASE NUMBER: 3:06-cv-1106-J-33TEM

DYNAMIC EDUCATIONAL SYSTEMS, INC.,

        Defendants.

☒ **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant **Dynamic Educational Systems, Inc.,** recover of the plaintiff **Sean O. Lees** its costs of action.

**June 13, 2008**                                                                      **SHERYL L. LOESCH,**
**CLERK**

                                                              **/s/ Paula J. Goins**

                                                              (By)     Deputy Clerk

Copies to:
Counsel of Record